NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN WHITAKER,                          )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No.  2D17-2456
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                        )
                                         )
_____  )

Opinion filed May 22, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Tanya M. Dugree of Tanya M. Dugree,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S.
Tannen, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.